JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 8:23-cv-01224-DOC-KES | Date: July 21, 2023 |

Title: MASIMO CORPORATION V. JOHN BAUCHE ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING STIPULATION TO REMAND [7]**

Upon consideration of Defendants John Bauche, Boundlessrise LLC and Skyward Investments LLC's Joint Stipulation to Remand, (Dkt. 6) the Stipulation is hereby GRANTED and it is ORDERED that this matter is REMANDED back to the California Superior Court, all parties to bear their own costs.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                                        Initials of Deputy Clerk: kdu

CIVIL-GEN